IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANELL TRAVIS *ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED*,<br><br>*Plaintiff,*<br><br>v.<br><br>ASOCIACION PUERTORRIQUENOS EN MARCHA, INC.,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 18-05015 |

## ORDER

**AND NOW**, this 20th day of July 2020, upon consideration of the parties' Motion for Approval of Settlement (ECF No. 45) and all the accompanying documents (ECF Nos. 46 & 47), it is **ORDERED** that the Motion is **GRANTED**, the settlement is **APPROVED**, this action is **DISMISSED with prejudice**[1] and the Clerk of Court shall **MARK** this case closed.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] The Court shall retain jurisdiction over any disputes pertaining to the enforcement of the settlement.